IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| William Neil Adkins and Toni Lee Adkins, husband and wife, Individually and as parents, next of kin and personal representative of the Estate of Neil T. Adkins, Deceased,<br><br>       Plaintiffs,<br><br>vs.<br><br>Jordan Dawn Thompson and Grady Lane Halvorson,<br><br>       Defendants. | **ORDER RE ADMISSION PRO HAC VICE**<br><br>Case No. 4:10-cv-019 |

Before the court is are motions for attorneys Bradley D. Bonner and Laurence W. Stinson to appear *pro hac vice* on Plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Bradley D. Bonner and Laurence W. Stinson have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motion to appear *pro hac vice* (Docket Nos. 5 and 6) are **GRANTED**. Attorneys Bradley D. Bonner and Laurence W. Stinson are admitted to practice before this court in the above-entitled action on behalf of Plaintiffs.

    **IT IS SO ORDERED.**

    Dated this 6th day of April, 2010.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge